■ CYNTHIA (ANDERA) KRIETEMEYER, Respondent, v DAVID M. ANDERA, Appellant. [708 NYS2d 690] —Order unanimously af-

firmed without costs for reasons stated at Supreme Court, Feeman, Jr., J. (Appeal from Order of Supreme Court, Cattaraugus County, Feeman, Jr., J.—Custody.) Present—Pigott, Jr., P. J., Pine, Scudder and Lawton, JJ.